UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

RICKY TEJADA,                               :
                                            :
                 Plaintiff,                 :
                                            :
          v.                                :        No. 5:14-cv-05604
                                            :
CORRECTIONAL OFFICER DALE OF                :
LEHIGH COUNTY PRISON and                    :
LEHIGH COUNTY,                              :
                                            :
                 Defendants.                :
_____

# O R D E R

   **AND NOW**, this 2nd day of August, 2018, upon consideration of Plaintiff's Motion for Leave to Amend Complaint, ECF No. 92; Defendants' Response in Opposition, ECF No. 95; Defendants' Renewed Response in Opposition, ECF No. 137; and Plaintiff's Motion to Reconsider the Court's July 2, 2018, Order, ECF No. 138; **IT IS ORDERED THAT:**

1. Plaintiff's Motion is **GRANTED in part**.

2. Counts XI, XVII, and XVIII of Plaintiff's Proposed Amended Complaint, ECF No. 92, are **ACCEPTED** as a supplemental pleading under Rule 15(d).

3. The Clerk of Court shall name the following additional parties as defendants to this action: Warden of Lehigh County Prison John Doe, Deputy Wardens John and Jane Doe, Shift Commander Captain John Doe, Internal Affairs Officer John Doe, Corrections Officer David Eitemiller, Corrections Officer Reeves, Sergeant Kenneth Glose, Sergeant Devan Allwein, and Lieutenant Gregory Thomas.

4. The Clerk of Court shall issue summonses for the added parties, which shall be forwarded, together with copies of Plaintiff's Supplemental Pleading, ECF No. 92, and copies of this Order and the accompanying Opinion, to the United States Marshals Service for service.

5. The U.S. Marshals Service shall effect service upon the above-listed additional defendants. The Court recommends that the U.S. Marshals serve requests that the defendants waive service of a summons pursuant to Federal Rule of Civil Procedure 4(d).

6. The Defendants, including the individual defendants listed in Plaintiff's Supplemental Pleading, shall respond to the Supplemental Pleading **within twenty-one days** of service.

7. This Court's scheduling order of June 6, 2018, ECF No. 129, is **VACATED.**

8. Plaintiff's Motion to Reconsider the Order of July 2, 2018, ECF No. 138, is **DENIED as moot**.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge